# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

TINA ROSE HONAKER

        Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Case No. 3:22-cv-00238-slg

## ORDER RE PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Before the Court at Docket 24 is *Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act*. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(a), are granted in the amount of $13,437.65.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). This Court orders that any amount of the above award not offset pursuant to 31 U.S.C. § 3716(c)(3)(B) (2006) shall be made payable to Plaintiff, with a check being mailed to the office of Karl Osterhout, Esq.

DATED this 22nd day of December, 2023, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE